UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Daniel T. Hartnett,

        Plaintiff,

    v.

Internal Revenue Service,

        Defendant.

# EXHIBIT 2



PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

August 21, 2018

Daniel Hartnett
130 East Randolph Street
Suite 3900
Chicago, IL 60601

Dear Mr. Hartnett:

I am responding to your Freedom of Information Act (FOIA) request dated July 24, 2018 that we received on July 24, 2018.

I am unable to send the information you requested by August 21, 2018, which is the 20 business-day period allowed by law.  I apologize for any inconvenience this delay may cause.

**STATUTORY EXTENSION OF TIME FOR RESPONSE**
The FOIA allows an additional ten-day statutory extension in certain circumstances. To complete your request I need additional time to search for, collect and review responsive records from other locations. We have extended the statutory response date to September 9, 2018, after which you can file suit. An administrative appeal is limited to a denial of records, so it does not apply in this situation.

**REQUEST FOR ADDITIONAL EXTENSION OF TIME**

Unfortunately, we will still be unable to locate and consider release of the requested records by September 9, 2018.  We have extended the response date to October 24, 2018, when we believe we can provide a final response.

You do not need to reply to this letter if you agree to this extension. You may wish to consider limiting the scope of your request so that we can process it more quickly. This may also lead to reduction of any potential fees.  If you want to limit your request, please contact the individual named below. If we subsequently deny your request, you still have the right to file an administrative appeal.

You may contact me, the FOIA Public Liaison, P. Sharisse Tompkins, to discuss your request at:

PO Box 2986 MS 7000 AUSC
Austin, TX  78768
737-800-5460



EXHIBIT

2

3

If you have any questions, please call Tax Law Specialist A. Amparano, ID # 0220447, at (214) 413-5489, or write to: Internal Revenue Service, Disclosure Office 9, P.O. Box 621506, Stop 211, Atlanta, GA  30362-3006.  Please refer to case number #F18205-0076.

Sincerely,

P. Sharisse Tompkins
Disclosure Manager
Disclosure Office 9